UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60476-CIV-SMITH/VALLE

RICHARD ALAN MORRIS,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of the Social
Security Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Report and Recommendation on Plaintiff's Unopposed Motion for Attorney's Fees and Costs [DE 20], in which the Magistrate Judge recommends granting Plaintiff's Unopposed Motion for Attorney's Fees and Costs [DE 19]. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given that the parties did not object, it is

    **ORDERED** that:

1. The Report and Recommendation on Plaintiff's Unopposed Motion for Attorney's Fees and Costs [DE 20] is **AFFIRMED and ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney's Fees and Costs [DE 19] is **GRANTED**.

    a. Plaintiff is awarded $7,192.50 in attorney's fees, and

    b. Plaintiff is awarded $400 in filing costs.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of April, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record